United States District Court

Easter District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 OCT -2 A 10:56

CLERK OF COURT

In Re: Candie Yer Herr, Cestui

      Eric Zooves Herr, Cestui

      Petitioner(s)

      V

Attorney Scott R. Halloin, ESQ.

Judge David Borowski, Milwaukee County Circuit court, in his official capacity

Willshire Quinn Income Fund, REIT, Inc., ESQ.

Respondents

---

Case No._____

Non Statutory Petition in Equity for a Mandatory Injunction and other Equitable Relief

Request: Chief Justice of Federal Court (U. S Chief Judge Pamela Pepper).

## Introduction

    Petitioners Candie Yer Herr and Eric Zooves Herr ("Petitioners"), in the pending bankruptcy case *In re Herr*, Case No. 25-22893-rmb, respectfully petition this Court for a Non Statutory Petition in Equity for a preliminary and permanent mandatory injunction and other equitable relief against Respondents Scott R. Halloin, Esq., Judge David Borowski and Wilshire Quinn Income Fund, REIT, Inc. ("Respondents"). Despite the protections of the automatic stay Respondents have engaged in a persistent pattern of conduct aimed at circumventing this Court's and the Bankruptcy Court's authority, causing Petitioners

immediate and irreparable harm. This Petition is necessary to halt these actions and perform an affirmative act, that protects, and grants petitioners merited relief.

## Jurisdiction

Article 3, Subsection 2, Clause I in Equity, of the United States Constitution, this court has jurisdiction to hear this matter and venue for judicial determination under original jurisdiction.

## Statement of Claim: Petitioners Standing – Irreparable Harm

Background and Irreparable Harm: Initial State Court Proceedings

**2021**

- April 5, 2021 – Civil lawsuit Case No. 2021CV000137, filed in Ozaukee County against Kay Yang by claimants represented by Attorney Lawrence Vesely.

- May 19, 2022 – Judgment entered for $2,443,101.94.

- June, 2021 Enduring Love International Center, LLC, property "11301 W. Lake Park Drive, Milwaukee, WI 53224" was purchased by three private donors, who made direct transactions to the seller; managed by sole member, Candie Herr, for the purpose of developing faith-based programs, ministries and businesses for the community. (Exhibit A).

**2022**

- May 24, 2022 – Only days after the above judgment, Attorney Scott Halloin filed a new case in Ozaukee Circuit Court Case No. 2022CV000162, against Kay Yang adding 12 new defendants, including Enduring Love International Center, LLC., sole member and manager, Candie Herr, plaintiff. Allegations included fraud and money laundering, transfers, 'insider' with Kay Yang; all without supporting contracts, proof of claims, or material evidence. There were no sworn affidavits of truth by the claimants, only third party statements (hearsay) from Attorney Halloin. Defendants filed affidavits of Truth and other pertinent documents but were all ignored and rejected by the court, resulting in Default judgments entered against all defendants in late September 2022 and December 2022. (Exhibit B)

- October 2022 - Petitioners signed promissory notes with Wilshire Quinn Income Fund for $350,000 (only $275,000 received after fees). Funds were used for private Christian academy and renovations. (Exhibit C)

**2023** Enforcement, Property Seizures, Garnishment

- January 27, 2023 – Milwaukee County Case No. 2023CV000710, was filed by Attorney Halloin before Judge Borowski to enforce judgment and evict Petitioners from property '11301 W. Lake Park Drive, Milwaukee, WI 53224.' Affidavits, title and deeds were filed showing Enduring Love International Center, LLC property ownership. (Exhibit D)

- February 22, 2023 – Garnishment case (2023CV001509) filed in Milwaukee County, also before Judge David Borowski (for around $71,000), was seized from Petitioners' church accounts, a religious, tax-exempt entity not party to the action. Counsel obtained by the church was threatened by Attorney Scott Halloin. (Exhibit E)

- July 12, 2023 – At this hearing, Judge David Borowski jailed Kay Yang for attempting to file papers, an abuse of judicial authority; intimidating church members.

- November 27, 2023 (Case Number 23-CV01120 -pp), ELI church, plaintiff and the ELI Board, filed a Federal Civil case against the garnishment of the church funds but with no funds left to obtain new counsel, the case was dismissed.

**2024** Foreclosure and Loan Matters

- April 12, 2024 – Petitioners attempted to file bankruptcy cases for ELI Center and plaintiff Candie Herr; (Cases 24-21812-rmb and 24- 21810-rmb) but were dismissed due to inability to retain counsel in time.

- April 24, 2024 – Milwaukee Sheriff and Police evicted tenants and seized the property, '11301 W. Lake Park Drive.' Plaintiffs had to close the academy, church ministries and programs.

- May 13, 2024 – Foreclosure action filed by Wilshire Quinn (Case No. 2024CV003866) before Judge David Borowski. Wilshire Quinn pursued foreclosure despite being informed of wrongful eviction and default judgments.  (Exhibit F)

**2025**  Coercions, Bankruptcy Proceedings, and Equity Petition

- September 2024-Enduring Love International Center, LLC and plaintiff retained counsel to review Case No. 2022CV000162, and motion for vacate based on lack of service and jurisdiction of court, lack of evidence showing transfer of funds as alleged by claimants, and presentments were filed of actual bank transactions of purchase.  Plaintiff and plaintiff's counsel were threatened by Scott Halloin with sanction, contempt of court and criminal charges. (Exhibit G)

- March 25, 2025 – Hearing held in Ozaukee County; Petitioners' counsel argued lack of jurisdiction and lack of evidence, but court denied relief as "untimely."

- April 18, 2025 – Attorney Halloin emailed demands for Petitioners and church members including coercive instructions; are direct violations of 1st and 5th Amendments.  (Exhibit H)

- May 20, 2025 – Petitioners filed voluntary Chapter 7 bankruptcy (Case No. 25-22893-rmb).

- May 22, 2025 – Judge Sandy Williams ordered Petitioners and Enduring Love International Center to pay $350,000 by July 21, 2025, with $2,000/day penalties

Page **5** of **20**

Case 2:25-cv-01518-PP     Filed 10/02/25     Page 5 of 18     Document 1

thereafter. Judge Sandy Williams has since recused herself from this case, as of June 16, 2025; still pending an appeal case filed by another defendant. (Exhibit I)

- June 30, 2025 – Judge Borowski ordered Petitioner Candie Herr to personally appear in foreclosure proceedings. (Exhibit J)

- July 24, 2025 – Petitioners filed adversary proceeding (Case No. 25-02091) to compel Trustee and Bankruptcy Judge to enforce bankruptcy protections and provide the mechanism for plaintiffs to make payment to the United States and its creditors. (Exhibit K)

- July 29, 2025 – Judge Borowski threatened contempt and jail for Candie Herr.

- August 1, 2025 – Petitioners filed Writ of Mandamus in Federal Court to compel Trustee to perform fiduciary duties, enforce stay with lower court foreclosure case and injunction against Halloin and further litigation activities against plaintiffs. Case No. 25-CV-01138.

- August 18, 2025 – Halloin filed adversary proceeding (Case No. 25-02101-rmb) to have debts declared non-dischargeable. (Exhibit L)

- September 10, 2025 – Petitioners' motions for equitable jurisdiction dismissed by Judge Rachel Blise.

- September 22, 2025 – Wilshire Quinn filed motion in bankruptcy seeking relief from automatic stay to continue foreclosure (Case No. 2024CV003866). (Exhibit M)

- October 1, 2025 – Petitioners filed this Non-Statutory Petition for Mandatory Injunction and other Equitable Relief.

After every attempt to obtain remedy at the State Courts; amidst newest decision of Judge Williams and Judge Borowski's orders, petitioner had no other choice but to file for Bankruptcy Chapter 7 and seek Equity in Federal courts.

Petitioner(s) petitions this court of equity for equitable relief in the nature of mandatory injunction because petitioner(s) have no speedy adequate remedy at law and irreparable harm will continue to occur if this court does not take immediate action against defendant who has already caused harm and will continue to do so in the future. The maxim of equity is that "it will not suffer a wrong to be without a remedy."

Petitioner petitions this equitable court for a mandatory injunction against attorneys at law, in their individual capacity, acting as a constitutional officer, under oaths, yet in clear violation of Article 14, Section 3 of the United States constitution to which they have an oath to uphold;

<u>Article 14, Section 3 of the United States Constitution states:</u>

"No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in

insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability."

The plaintiffs have in good faith filed a voluntary Chapter 7 petition to settle all debts owed to the United States and its creditors on May 20, 2025. The attorneys/ defendants have done the following: Pattern and practice, violations of constitutional provisions against their oath and promise to uphold and discharge the duties incumbent on them by their oath etc.

- A. Abuse of Process and Lack of Jurisdiction in State Court: The state court judgments in Cases 2022CV000162, 2023CV000710, and 2023CV001509 were obtained through default judgments based on defective service and a demonstrable lack of jurisdiction, false statements of attorney Scott Halloin (third party) against all the defendants, with no proof of claims, including erroneous garnishment and demands against the Petitioners' church members and funds. These judgments are void at best.
- B. Attorney Halloin has established patterns of making false statements to mislead the courts and plaintiffs counsels; threatening plaintiffs and their counsels; projecting hate and malice towards plaintiffs, calling their actions of prayer and unity, repellant and offensive. These same actions have brought unconstitutional criminal allegations and charges against the defendant Kay Yang, both at the State and Federal level. Kay Yang is now in prison because of malfeasance of the court. Plaintiffs fear that Att. Halloin will not stop until he harms everyone around her, including the plaintiffs.

C. Attorney Halloins' actions through e mail demands for plaintiff and church members to pay monies to attorney and his clients and to publicly shame and discharge certain church members; with additional threats of sanction, contempt and criminal charges are acts of terror against plaintiffs. Plaintiffs constitutional and religious rights were violated from defendant's actions; a constitutional officer with oaths to the United States constitution.

D. Continual barraging and creating litigation pressure in Bankruptcy court through Adversarial Proceeding (Case No. 25-02101-rmb) to seek certain debts declared non-dischargeable; as plaintiffs, in good faith, diligently seek equitable remedy and relief.

E. **Willful Violations of the Automatic Stay:** Respondent Wilshire Quinn's filing of a Motion for Relief from Stay (Case No. 25-22893, filed Sept. 22, 2025) to continue state court foreclosure proceedings (Case No. 2024CV003866) is a direct challenge to the Bankruptcy Court's exclusive jurisdiction and constitutes a willful violation. The purpose of the automatic stay is to provide debtors a "breathing spell," and Respondents' actions are designed to deny petitioners that protection.

F. Unconscionable Contract and Bad Faith Conduct: Wilshire Quinn Income Fund, REID, LLC; Mortgage company has acted in a bad faith manner to obtain unjust enrichment against the petitioner who, by misguided confidence has agreed to terms of an unconscionable contract and has inadvertently granted the power of sale to the mortgage company, which was never intended. Plaintiff provided

notice to the mortgage company in 2023 when the order of eviction was presented but mortgage company did not intervene then.

G. There has been no remedy at law the last 3 ½ years, but the out-of-control activities of the defendants have continued.

## **Mandatory injunction**

Petitioner understands that a mandatory injunction, as opposed to a prohibitory one, does not maintain the status quo, but rather compels the performance of an affirmative act, and in this case, the act is to restrain the defendant(s) from causing any further injury by acting in concert with aiding the enemy against his oath outlined in Article 14, Section 3 of the United States constitution.

Petitioner requests that this court of equity compel the person(s) named in a mandatory injunction to undo the wrong or injury with which he or she is charged which may involve, for example, the undoing of illegal acts against the person and property of the petitioner in accordance with the 1st, 4th and 5th amendment liberties of the petitioners and restrain any further performance of an act which would violate the injunction requested and to which the petitioner is entitled to. Petitioners' request this mandatory injunction due to great necessity to restore all parties and protect petitioner after repeated acts which have caused:

- Petitioners Face Immediate and Irreparable Harm:
  The harm inflicted by Respondents is ongoing and cannot be remedied by monetary damages. Petitioners have already suffered:

- Abuse of Process and lack of jurisdiction; default judgments were entered without valid service or proof of claims,

- Violation of Constitutional rights: religious liberty, due process and property rights under the First, Fourth and Fifth Amendments,

- Willful violations of Automatic Stay: Wilshire Quinn knowingly pursued foreclosure, in addition to the motion submitted in the current Bankrupcty proceeding,

- Unconscionable Contract and Bad Faith Conduct; the loan was predatory and unjust,

- Loss of Property: The wrongful eviction and seizure of their property.

- Destruction of Religious Ministry: The freezing and garnishment of church bank accounts and interference with church membership, causing strife and division, which has effectively halted their religious ministry.

- Emotional and Reputational Damage: The threats and defamatory statements have caused severe emotional distress and damage to their reputations, and family members which are not quantifiable in monetary terms.

### The Balance of Equities Tips Decidedly in Petitioners' Favor

The harm to Petitioners—loss of property, monies, livelihood, and reputation—far outweighs any temporary delay in debt collection for Respondents, who are sophisticated

commercial entities. Petitioners verify that they possess the appropriate entitlement to the relief sought and verify that extreme or serious damage would result absent the relief.

Petitioners also demonstrate they have a reasonable probability of succeeding in their overall case at trial due to the constitutional violations under article 14, section 3 acting against their oaths of office, and the defendant engaging in a pattern and practice behavioral pattern causing extreme distress to the petitioner. Petitioner(s) insists that the balance of equities tips in **his or her** favor, and that an injunction is in the public interest to maintain the appearance of fairness and in the nature of justice.

### The Injunction

The public has a profound interest in the integrity of the bankruptcy system and the enforcement of the automatic stay. A non statutory mandatory injunction and other equitable relief also has an interest in ensuring that plaintiffs receive fair treatment, in the nature of justice and are protected from abusive litigation actions.

### Prayer for Relief

Petitioner does establish that he or she is likely to succeed on the merits, the removal of encroachments and seek the following.

[7] Ask, and it shall be given you; seek, and ye shall find; knock, and it shall be opened unto you: [8] For everyone that asketh receiveth; and he that seeketh findeth; and to him that knocketh it shall be opened. Matthew 7:7-8 KJV.

Relief Requested:

1. Petitioners requests relief in the nature of a preliminary mandatory injunction which may be issued to restore the status quo as it existed before the defendant acted.

2. Petitioners requests the stay of all proceedings in Bankruptcy Case No. 25-22893-rmb and Adversary Proceeding No. 25-02101-rmb pending the outcome of this action.

3. Enforce sanctions and expand legal restraint against Defendants for actions inconsistent with Federal Bankruptcy protections and for willful violation of automatic stay.

4. Issue an indefinite/permanent injunction against Scott Halloin for his reckless and frightening behavior towards petitioners.

5. Declare every case, judgment and lien that Scott Halloin has been involved with concerning Petitioners null and void.

6. Order immediate turnover of seized assets to the bankruptcy estate.

7. Enjoin all defendants, including Wilshire Quinn Income Fund REIT, LLC., from any further collection activities outside the jurisdiction of the equitably enlarged Bankruptcy court.

8. Grant any other relief the Court deems righteous, just, fair and proper in maxims of equity.

Respectfully submitted,

_____

Candie Yer Herr

c/o 8020 W. Whitaker Avenue

Greenfield, Wisconsin 53220

Petitioner

_____
*[signature: Eric Z Herr]*

Eric Zooves Herr

c/o 8020 W. Whitaker Avenue

Greenfield, Wisconsin 53220

Petitioner

Index of Exhibits

A. Enduring Love International Center, LLC Registration Information

B. Case Docket, Files and Orders for 2022CV000162-Ozaukee Circuit Court

C. Loan Documents with Wilshire Quinn Income Fund, REID, Inc.

D. Case Docket and Orders for 2023CV000710- Milwaukee County Court

E. Case Docket and Files for 2023CV001509-Milwaukee County Court

F. Foreclosure Case Docket for 2023CV003866-Milwaukee County Court

G. Plaintiffs Counsel recent filings of transactions

H. Attorney Halloin's emails to plaintiff and church members

I. Judge Sandy Williams final decision on May 22, 2025

J. Judge Borowski's orders and threats against plaintiff in foreclosure case after Bankruptcy was filed

K. Plaintiffs Adversarial Proceeding (Case No. 25-02091)(BK Ch 7 Case No. 25-22893

L. Attorney Halloin's Adversarial Proceeding for non-discharge (Case No. 25-02101-rmb)

M. Wilshire Quinn Income Fund,REID, Inc. motion for relief from Automatic Stay in BK Case (25-22893).

## Affidavit of the Truth of the Matter Stated

1. With no remedy in State courts for Case No. 2022CV000162, 2023CV000710, 2023CV001509 and 2024CV003866, plaintiffs were forced to file voluntary Chapter 7 petition on May 20, 2025.

2. On June 13th, 2025, plaintiffs filed a motion into bankruptcy case requesting a mechanism to pay the debt owed to the United States with valid instruments of trusts created by the Attorney General of the United States of America, Department of Justice in the United State District Court for the Eastern District of Wisconsin, signed by Doris Meissner, Commissioner of Immigration and Naturalization.

3. June 30th, 2025 State court, Judge David Borowski, ordered plaintiff, Candie Herr, to appear in person in Foreclosure proceedings, Case No. 2024CV003866.

4. July 17th, 2025, plaintiffs privately provided the Trustee with letter of assignment, documents of Certified Scrivners' Affidavit of Name correction, lawful UCC forms of assignment of collateral and equitable interest to Trustee and DOJ as sole secured party, and the original Certificate of Naturalization Trusts (2). These documents have been accepted and in the care of the Trustee.

5. July 24, 2025. Plaintiffs filed Adversary Proceeding (Case No. 25-02091) to compel Judge Blise and bankruptcy Trustee to perform fiduciary duties assigned to them via trust and equity principles and to enforce the bankruptcy "stay" with creditors and lower court orders and other relief as needed.

6. July 29th, 2025 State court, Judge David Borowski threatened to hold plaintiff, Candie Herr, in contempt of court and jail time, if not present.

7. August 1, 2025, plaintiffs filed Writ of Mandamus in Federal Court-Easter District of Wisconsin to compel Trustee Helen Ludwig to perform her duties to use the Trusts to pay the debt owed to the United States and its creditors. Plaintiffs requested injunctions and relief from defendants Scott Halloin, Esq., and Judge David Borowski's court, enforcing bankruptcy protection and other relief deemed fair and just.

8. August 18th, 2025, plaintiffs received Scott Halloin Adversarial Proceeding filing in Bankruptcy (Case No. 25-02101-rmb), seeking to have certain debts declared non-

dischargeable, creating litigation pressure on plaintiffs. This act is a continuation of Scott Halloins disregard for Bankruptcy court due process , the consideration of the Federal district court and continual harm on plaintiffs.

9. September 10, 2025, Plaintiffs Adversarial hearing was dismissed. Plaintiffs motions for equitable jurisdiction and relief was dismissed by Judge Rachel Blise, stating she is "bound to bankruptcy statutes" and cannot grant equity in her court.

10. September 22, 2025, Wilshire Quinn Income Fund REID, Inc. filed motion in the bankruptcy case seeking relief from the automatic stay, actively proceeding against plaintiff's property of the estate.

11. October 2, 2025. Plaintiffs seek protection and relief through this non statutory petition for Mandatory Injunction and other Equitable relief.

12. Plaintiffs have retained legal counsel in lower courts with no relief: but loss of property, monies, church ministries, church members and suffered much harm.

13. Plaintiff has gone through 3 ½ years of state court proceedings with no remedy at law.

14. Plaintiffs, in good faith, has come to this non statutory, Article III court, to seek constitutional and biblical protection and the maxims of equity relief. Plaintiffs request a fresh start as promised to the people.

I declare verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2025.

*(signature)*

Candie Yer Herr
Petitioner

c/o 8020 W. Whitaker Ave.
Greenfield, Wisconsin 53220

_[signature]_

Eric Zooves Herr
Petitioner
c/o 8020 W. Whitaker Ave.
Greenfield, Wisconsin 53220